SMITH, APPELLANT, *v.* CHILDREN'S HOSPITAL MEDICAL CENTER, APPELLEE.

[Cite as Smith *v.* Children's Hosp. Medical Ctr. (1986), 28 Ohio St. 3d 303.]

(No. 85-1154—Decided December 22, 1986.)

*Baden, Jones, Scheper & Crehan Co., L.P.A.,* and *Thomas W. Baden;* and *David M. Green,* for appellant.

*Dinsmore & Shohl, Frank C. Woodside III* and *John E. Jevicky; Rendigs, Fry, Kiely & Dennis* and *Frederick Brockmeier,* for appellee.

The judgment of the court of appeals in case No. C-840599, pursuant to appellant's Proposition of Law No. 2, is hereby reversed on authority of *Mominee* v. *Scherbarth* (1986), 28 Ohio St. 3d 270, and the cause is remanded to the trial court.

CELEBREZZE, C.J., SWEENEY, LOCHER, C. BROWN and DOUGLAS, JJ., concur.

HOLMES and WRIGHT, JJ., dissent.